UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHARLES A. BING,

       Plaintiff,                        Case No. 1:13-cv-973

v.                                       Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Court's Order granting the parties' joint stipulation for remand:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: February 26, 2014                      /s/ Hugh W. Brenneman, Jr.
                                                       HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge